NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE CHAVEZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE; and DOES 1 to 50,,<br><br>　　　　　　Defendants. | Case No. 8:22−cv−01542 FWS (ADSx)<br><br>**ORDER OF DISMISSAL** |

## ORDER OF DISMISSAL

　　Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

　　The Court shall retain jurisdiction for sixty (60) days for the purposes of enforcing the terms of the parties' Settlement Agreement.

Dated: June 9, 2023

_____
HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT COURT

- 1 -
ORDER OF DISMISSAL